**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6792**

SIM CHESTNUT,

                    Plaintiff - Appellant,

          v.

ANGELA R. BROWN; JON OZMINT, Director of SCDC; GREGORY
KNOWLIN, Warden Turbeville Correctional Institute; RICHARD
COCHRAN, Associate Warden Turbeville Correctional
Institution,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  R. Bryan Harwell, District Judge.
(9:09-cv-01418-RBH)

Submitted:  August 26, 2010          Decided:  September 3, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sim Chestnut, Appellant Pro Se.  John Betts McCutcheon, Jr.,
Lisa Arlene Thomas, THOMPSON & HENRY, PA, Conway, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sim Chestnut appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chestnut v. Brown, No. 9:09-cv-01418-RBH (D.S.C. May 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2